IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| DIANNE SOLOMON-SHRAWDER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARDIONET, INC., et al. | : | NO. 09-3894 |

---

| | | |
|---|---|---|
| KENNETH J. ALTSHULER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARDIONET, INC., et al. | : | NO. 09-4198 |

---

<u>ORDER</u>

AND NOW, this 18th day of September, 2009, upon consideration of the complaints in the two above-captioned cases, and the Court finding that these civil actions involve common questions of fact and law sufficient to consolidate them, it is hereby ORDERED that:

1.  Pursuant to Fed. R. Civ. P. 42(a), the above cases are CONSOLIDATED for all purposes under Civil Action No. 09-3894;

2.  The Clerk of Court shall TRANSFER all papers in Civil Action No. 09-4198 to the file folder of Civil Action No. 09-3894; and

       3.    The Clerk of Court shall CLOSE Civil Action No. 09-4198 statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.